**SO ORDERED: October 25, 2013.**



_____
**Frank J. Otte
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| DAVID WILLIAM HOOD, | ) | Case No. 11-11922-FJO-7 |
|    Debtor. | ) | Chapter 7 |
| | ) | |
| KENNETH M. RUDE, | ) | |
|    Plaintiff | ) | |
| | ) | Adversary No. 12-50002 |
| vs. | ) | |
| | ) | |
| DAVID W. HOOD, | ) | |
|    Defendant. | ) | |

## JUDGMENT

This Court hereby incorporates the Findings of Fact and Conclusions of Law entered simultaneously with this Judgment pursuant to Fed. R. Bankr. P. 7052, and ORDERS that judgment be entered in favor of the Plaintiff and against the Defendant in the sum of $250,000.00, and said shall be nondischargeable under Bankruptcy Code

Section 523 as more specifically set forth in the Findings of Fact and Conclusions of Law entered herein.

###